

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Lauren Lee Elrod, Deceased

No. 06-17-00074-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2016-17,442-A-CCL). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Michael Bacon, pay all costs of this appeal.

RENDERED JULY 3, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk